THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CALMAN COOPER, HARRY A. STEIN and NATHAN WISSNER, Appellants.

Submitted June 9, 1955; decided June 9, 1955.

Motion for orders pursuant to section 503 of the Code of Criminal Procedure granted.   [See 303 N. Y. 856; 306 N. Y. 867; 307 N. Y. 253.]

ARTHUR E. KNAPP et al., Appellants, *v.* WALTER FASBENDER, as Supervisor of the Town of Huntington, et al., Respondents.

Argued April 12, 1955; reargument ordered June 9, 1955.

Reargument ordered during the first week of the next session of the Court of Appeals, particularly with reference to whatever effect chapter 816 of the Laws of 1952 may have upon the subject matter of the action.